UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - -x

In re:                              :

IDC Clambakes, INC.                 :   BK No. 05-12267
        Debtor                          Chapter 11
- - - - - - - - - - - - - - - - - -x

## ORDER

Debtor's Motion for a Continuance of the Date to File Post-Trial Memorandum is hereby **GRANTED**. Both parties' Post-Trial Memoranda are due ten (10) days from the date of delivery of the completed transcripts.

Debtor's Motion for a Waiver of the Court's 20-page limit for the Post-Trial Memorandum is **DENIED.** The Court reminds both parties that the requirements of Local Rule 9013-1(b) regarding **length and form of memoranda** shall be strictly adhered to.

Entered as an Order of this Court.

Dated at Providence, Rhode Island, this    10th    day of September, 2008.

                                                Arthur N. Votolato
                                                U.S. Bankruptcy Judge

Entered on docket: 9/10/08