```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - -x
In re:                          :

IDC CLAMBAKES, INC.             :    BK No. 05-12267
         Debtor                      Chapter 11

- - - - - - - - - - - - - - - -x
```

### ERRATA

The following correction should be noted in the **Decision and Order on Remand** entered by this Court on June 9, 2010, in the captioned case:

Page 25, line 8, reads: "Enter judgment consistent with this opinion."

**Page 25, line 8 shall be stricken.**

Dated at Providence, Rhode Island, this  9th  day of June, 2010.

*[signature]*

Arthur N. Votolato
U.S. Bankruptcy Judge

Entered on docket: 6/9/2010